# EXHIBIT E

"Agreement for Collection Agency Services Between Verizon Services Corp. and Collection Company of America" – (Filed Under Seal)